# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:    16-cv-8413
LHF PRODUCTIONS, INC. V. MARIE PORTIS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)
DEFENDANT MARIE PORTIS

| | |
|---|---|
| NAME (Type or print) Jeffrey Antonelli | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Jeffrey Antonelli | |
| FIRM  Antonelli Law, Ltd. | |
| STREET ADDRESS  35 E. Wacker Drive, Suite 1875 | |
| CITY/STATE/ZIP  Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6271875 | TELEPHONE NUMBER  (312) 201-8310 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.   RETAINED COUNSEL                     APPOINTED COUNSEL | |