IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) Case No.: 16-cv-8413 |
| | ) |
| v. | ) |
| | ) Judge John Robert Blakey |
| JORGE FLORES and | ) |
| MARIE PORTIS, | ) |
| | ) |
| Defendants. | ) |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MARIE PORTIS</u>**

Plaintiff, LHF Productions, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against Defendant Maria Portis, Internet Protocol address 98.226.184.120 (formerly Doe No. 18). Each party shall bear its own attorney's fees and costs.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

Respectfully submitted,

Dated: September 18, 2017          LHF PRODUCTIONS, INC.

                    By:    s/Michael A. Hierl
                          Michael A. Hierl (Bar No. 3128021)
                          Hughes Socol Piers Resnick & Dym, Ltd.
                          Three First National Plaza
                          70 W. Madison Street, Suite 4000
                          Chicago, Illinois 60602
                          (312) 580-0100 Telephone
                          (312) 580-1994 Facsimile
                          mhierl@hsplegal.com

                          Attorneys for Plaintiff
                          LHF Productions, Inc.

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Defendant Marie Portis was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 18, 2017.

                                                    s/Michael A. Hierl